**FILED**
**U.S. District Court**
**District of Kansas**
07/10/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

PIERRE QUARAN HAMILTON,

        Petitioner,

    v.                                CASE NO. 26-3214-JWL

STATE OF KANSAS,

        Respondent.

## MEMORANDUM AND ORDER

Petitioner and state prisoner Pierre Quaran Hamilton, who is incarcerated at Lansing Correctional Facility in Lansing, Kansas, filed a petition for writ of mandamus that began this case. (Doc. 1.) He neither paid the filing fee nor moved for leave to proceed in forma pauperis, so on July 6, 2026, the Court issued a memorandum and order noting that Petitioner is not eligible to proceed in forma pauperis in this case and granting him time to pay the full filing fee. (Doc. 2.) On July 9, 2026, Petitioner filed a motion to dismiss this case. (Doc. 3.) The Court has reviewed the motion and finds dismissal is proper under Fed. R. Civ. P. 41(a).

**IT IS THEREFORE ORDERED** that the motion to dismiss (Doc. 3) is **granted.** This case is **dismissed without prejudice** under Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED.**

DATED: This 10th day of July, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

1